# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-60245MP |
| | Citizenship: INDIA |
| Ravinder Singh | DOA: 02/07/2019 |
| YOB: 1993 | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about February 07, 2019, near San Luis, Arizona in the District of Arizona, Defendant Ravinder SINGH, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on February 07, 2019. To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant(s) in this matter from initial contact to the writing of this document: BPAs Jonathan Snyder, Jose Ventura, Abel Gurrola, Stephen Seward. To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, seizure, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Timothy Schlager.

File Date: 02/11/2019                                                                 at Yuma, Arizona

Bryan Reynosa, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 02/11/2019

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: FRTVLT06F

Magistrate Information Sheet

Complaint: Ravinder Singh

Criminal History: NONE

Immigration History: NONE